IN THE UNITED STATES DISTRICT COURT
FORTHE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL SCOTT REEDER, #232010, | ) |
| Petitioner, | ) ) ) |
| vs. | ) CASE NO. 2:13-cv-359-WHA |
| KIM TOBIAS THOMAS, et al., | ) ) ) |
| Respondents. | ) |

## **ORDER**

No timely objection having been filed to the Recommendation of the Magistrate Judge (Doc. #53), entered on August 3, 2015, and after a review of the file, the court ADOPTS the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this petition for writ of habeas corpus under 28 U.S.C. § 2254 is DENIED, and this case is DISMISSED with prejudice.

DONE this 7th day of October, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE